# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                             Case No. **16-05183-RM3-13**

**DAMON EARL DESJARLAIS**                  Judge: **RANDAL S MASHBURN**

HEARING DATE ON OBJECTIONS
AND RELATED MOTIONS: **September 28, 2016**
TIME OF HEARING: **8:30 AM**

**SSN XXX-XX-7207**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING
## ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

    **The Trustee objects to confirmation.**

    **The plan is not filed and/or the plan is not proposed in good faith.**

    **A creditor has filed a written objection prior to the meeting of creditors.**

As grounds for such request, the Trustee would state:

**The plan is not feasible. Repeat filer.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case.

Respectfully Submitted,

Printed: **09/07/2016**                        /s/ Henry E. Hildebrand, III
                                                HENRY E. HILDEBRAND, III
cc: Debtor(s)                          CHAPTER 13 TRUSTEE
    Debtor(s) Attorney                 P O BOX 340019
    Objecting Creditor                 NASHVILLE, TN 37203
                                                  615-244-1101
                                                  pleadings@ch13nsh.com